UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

DAVID WOMACK,

                                                          Plaintiff,

-against-

THE CITY OF NEW YORK, NEW YORK CITY POLICE
DEPARTMENT, P.O. GALLAGHER, "JANE DOE" AND
"JOHN DOE" 2 'through' 10 inclusive, the names of the last
defendants being fictitious, the true names of the defendants
being unknown to the plaintiff,

                                                          Defendants.

------------------------------------------------------------------x

**STIPULATION AND ORDER OF SETTLEMENT AND DISCONTINUANCE**

CV 07-02603 (CBA)(VVP)

**WHEREAS**, plaintiff David Womack commenced this action by filing a complaint on or about June 27, 2007, alleging that defendants violated his constitutional rights; and

**WHEREAS**, defendants have denied any and all liability arising out of plaintiff's allegations; and

**WHEREAS**, the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

1. The above-referenced action is hereby dismissed, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

2. Defendant City of New York hereby agrees to pay plaintiff David Womack the sum of *Two Thousand Five Hundred Dollars ($2,500.00)* in full satisfaction of all claims, including claims for costs, fees and expenses. In consideration for the



payment of this sum, plaintiff David Womack agrees to dismissal with prejudice of all claims against defendants, and to release all defendants, and any present or former employees or agents of the City of New York, and the New York City Police Department, from any and all liability, claims, or rights of action under state or federal law arising from and contained in the complaint in this action, including claims for costs, expenses or attorneys fees.

3. Plaintiff David Womack shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a release based on the terms of paragraph "2" above, and an Affidavit of No Liens.

4. Nothing contained herein shall be deemed to be an admission by defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York, or the New York City Police Department.

6. This Stipulation and Order, comprising three typewritten pages, contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto or to vary the terms and conditions contained herein.

Dated: New York, New York
      October 12, 2007

Patrick Ike O'keke, Esq.
O'keke & Associates, P.C.
255 Livingston Street, 4th Floor
Brooklyn, N.Y. 11217
(718) 855-9595

By: _____
    Patrick Ike O'keke, Esq.(PO-2861)

MICHAEL A. CARDOZO
Corporation Counsel
   of the City of New York
Attorney for Defendants City of New York and the New York City Police Department
100 Church Street, Room 3-186
New York, N.Y. 10007
(212) 788-8084

By: _____
    David M. Hazan (DH-8611)
    Assistant Corporation Counsel
    Special Federal Litigation Division

SO ORDERED: 10/16/2007

s/Hon. Carol B. Amon
_____
Honorable Carol B. Amon
United States District Judge, E.D.N.Y.